**Order entered January 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00967-CV

---

### SHORE CHAN DEPUMPO LLP AND EDWARD MANDEL, Appellants

### V.

### STEVEN W. THRASHER D/B/A THRASHER ASSOCIATES, L.L.C., Appellee

---

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10549**

---

## ORDER

Before the Court is appellee's January 20, 2015, second unopposed motion for extension of time to file appellee's brief. We **GRANT** appellee's motion and **ORDER** appellee's brief be filed no later than February 9, 2015.

/s/     CRAIG STODDART
JUSTICE